UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALCHEMY MANAGEMENT PARTNERS, LLC,

                                                Plaintiff,

-v-

N-TOUCH STRATEGIES, LLC *and*
NATASHA WILLIAMS,

                                               Defendants.

25 Civ. 2876

ORDER

PAUL A. ENGELMAYER, District Judge:

On April 7, 2025, plaintiff Alchemy Management Partners LLC ("Alchemy") filed a complaint. Dkt. 1. Later that day, Alchemy filed the Amended Complaint ("AC"). Dkt. 5. The AC states that subject matter jurisdiction pursuant to 28 U.S.C. § 1332 is appropriate because Alchemy's principal place of business is located in New York, defendant N-Touch Strategies's principal place of business is located in Connecticut, and defendant Natasha Williams is domiciled in Connecticut. It is well-established, however, that the citizenship of a limited liability for diversity purposes is not determined by its principal place of business; rather, by the citizenship of each of its members. *See Bayerische Landesbank, N.Y. Branch v. Aladdin Cap. Mgmt. LLC*, 692 F.3d 42, 49 (2d Cir. 2012). The Court thus *sua sponte* grants Alchemy leave to file a second amended complaint, pursuant to Federal Rule of Civil Procedure 15(a)(2), that identifies the citizenship of each LLC's members. This should be filed no later than April 15, 2025.

1

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: April 8, 2025
      New York, New York