**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
ALCHEMY MANAGEMENT PARTNERS,
LLC,

        Plaintiff,

    -against-

N-TOUCH STRATEGIES, LLC and
NATASHA WILLIAMS,

        Defendants.
------------------------------------------------------------------------X

**25 Civ. 2876 (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

  The Court is in receipt of Plaintiff's Motion to Hold non-party U.S. Small Business Administration in Contempt ("SBA"). (Dkt. No. 54). However, a review of Plaintiff's motion and supporting documents does not demonstrate that they were served on SBA. Accordingly, Plaintiff is hereby ordered to serve SBA with a copy of its motion and supporting materials, alongside a copy of this order, and provide proof of service in this action by no later than Monday, May 11, 2026. SBA's opposition to Plaintiff's motion shall be filed by no later than Friday, May 22, 2026.

  **SO ORDERED.**

DATED: New York, New York
    May 8, 2026

                _____
                The Honorable Gary Stein
                United States Magistrate Judge