**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------X

ALCHEMY    MANAGEMENT    PARTNERS,
LLC,

                             Plaintiff,

                -against-

N-TOUCH STRATEGIES, LLC and
NATASHA WILLIAMS,

                            Defendants.

-------------------------------------------------------------------------X

**25 Civ. 2876 (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

Plaintiff has moved for contempt against non-party U.S. Small Business Administration ("SBA") after SBA failed to respond to a subpoena and order to compel (*see* Dkt. No. 50). Plaintiff filed its motion for civil contempt on April 23, 2026. (Dkt. No. 54). The Court ordered Plaintiff to serve its contempt motion on the SBA, and directed the SBA to respond by May 22, 2026. (Dkt. No. 55). Plaintiff has filed proof of service on the docket (Dkt. No. 56). To the Court's surprise, SBA has not filed any response to Plaintiff's motion seeking to hold the SBA in contempt.

The Court therefore directs Plaintiff to serve a copy of its motion for contempt and supporting materials, alongside a copy of this order, to the U.S. Attorney's Office for the Southern District of New York, Civil Division, and provide proof of service in this action by no later than Monday, June 1, 2026. Service may be completed by first class mail. SBA's opposition to Plaintiff's motion is extended to Friday, June 12, 2026.

      **SO ORDERED.**

DATED:    New York, New York
           May 29, 2026

                                              The Honorable Gary Stein
                                            United States Magistrate Judge